IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

In re: JAMES P. MCGEE,

    Plaintiff,

vs.

GREGORY FUNDING, LLC,
an Oregon limited liablity
company', and RANDAL
SUTHERLIN,

    Defendants.

O R D E R
Civ. No. 09-1258-AA

AIKEN, Judge:

    Plaintiff's motion for a temporary restraining order (doc. 5) is granted. Defendant Gregory Funding, LLC is prohibited from executing its proposed sale of plaintiff's property on the Multnomah County Courthouse steps at 10:00 a.m. on November 10, 2009.

IT IS SO ORDERED.

    Dated this 10 day of November 2009.

                                        /s/ Ann Aiken
                                    Ann Aiken
                        United States District Judge

1 - ORDER