Kathryn P. Salyer, OSB #883017
ksalyer@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendant Gregory Funding, LLC


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMES P. McGEE, | Case No. 09-CV-1258-AA |
| Plaintiff, | DEFENDANTS GREGORY FUNDING, LLC and RANDAL SUTHERLIN'S MOTION TO STRIKE EXHIBITS ATTACHED TO PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION |
| v. | |
| GREGORY FUNDING, LLC, an Oregon limited liability company, and RANDAL SUTHERLIN, | |
| Defendants. | |

**LR 7.1 CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1, Gregory Funding, LLC and Randal Sutherlin ("GFLLC") defendants herein has made a good faith effort to confer with plaintiff's counsel about GFLLC's Motion to Strike Exhibits Attached to Plaintiff's Reply Memorandum to Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction.

**MOTION**

Pursuant to FRE 403, Defendants GFLLC moves to strike the exhibits which are attached to Plaintiff's Reply Memorandum to Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction (Doc. 25). This Motion is supported by the

Page 1 -    DEFENDANTS GREGORY FUNDING, LLC and RANDAL
             SUTHERLIN'S MOTION TO STRIKE

Memorandum In Support of Defendant GFLLC'S Motion to Strike Exhibits Attached to

Plaintiff's Reply Memorandum to Defendants' Opposition to Plaintiff's Motion for Temporary

Restraining Order/Preliminary Injunction, filed herewith.

DATED this 25th day of December, 2009.

FARLEIGH WADA WITT


By: /s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    (503) 228-6044
    ksalyer@fwwlaw.com
    Attorneys for Defendants Gregory Funding,
    LLC and Randal Sutherlin

Page 2 -    DEFENDANTS GREGORY FUNDING, LLC and RANDAL
          SUTHERLIN'S MOTION TO STRIKE

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2009, I electronically filed the foregoing: (1) DEFENDANT'S GREGORY FUNDING, LLC AND RANDAL SUTHERLIN'S MOTION TO STRIKE EXHIBITS ATTACHED TO PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION; 2. DEFENDANTS MEMORANDUM IN SUPPORT OF MOTION TO STRIKE EXHIBITS AND SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION, and 3. DECLARATION OF KEVIN NESS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tamila F. Bishop and M. Caroline Cantrell.

FARLEIGH WADA WITT


By: /s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    Attorneys for Defendant Gregory Funding, LLC
    121 SW Morrison St., Suite 600
    Portland, Oregon 97204
    (503) 228-6044 (phone)
    (503) 228-1741 (fax)
    ksalyer@fwwlaw.com